UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMEGA ENGINEERING, INC. : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 3:98CV0733(JCH) |
| v. : | [Consolidated with |
| : | 98CV2052(JCH) and |
| RAYTEK CORPORATION, et al., : | 98CV2276(JCH)] |
| : | |
| Defendants. : | |
| : | November 23, 2004 |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1295 and Rule 4 of the Rules of Practice of the U.S. Court of Appeals for the Federal Circuit, defendants Raytek Corporation, Cole-Palmer Instrument Company, Davis Instrument Manufacturing Company, Inc., and Dwyer Instruments, Inc., appeal to the U.S. Court of Appeals for the Federal Circuit from the Judgment herein as reflected in the Ruling and Order signed on October 25, 2004 and entered on October 26, 2004, from the Order signed on July 13, 2004 and entered on July 14, 2004, from the

//

//

verdict of the jury on June 21, 2004, and from the opinions, orders, and rulings subsumed therein.

November 23, 2004

Respectfully submitted,

Joel M. Freed (CT 25081)
Ali R. Sharifahmadian (CT 25080)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004
Tel:    (202) 942-5000
Fax:    (202) 942-5999

Of Counsel:
Matthew J. Becker (CT 10050)
Catherine Dugan O'Connor (CT 17316)
DAY, BERRY & HOWARD LLP
Cityplace I
Hartford, CT  06103-3499
Tel:    (860) 275-0100
Fax:    (860) 275-9343

*Attorneys for Defendants Raytek Corporation, Cole-Parmer Instrument Company, Davis Instrument Manufacturing Company, Inc. and Dwyer Instruments, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served on this 23rd day of November, 2004 via the indicated method:

**BY FEDERAL EXPRESS**
Richard G. Greco, Esq.
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022
T: 212.836.8000
F: 212.836.6700

Brian Roche, Esq.
Pullman & Comley LLC
850 Main Street
Bridgeport, CT 06601
T: 203.330.2222
F: 203.576.8888

**BY FIRST CLASS MAIL**
Thomas E. Minogue, Jr., Esq.
MINOGUE BIRNBAUMP LLP
237 Elm Street
New Canaan, CT 06840
T: 203.966.6916
F: 203.966.6917

_____
Ali R. Sharifahmadian